# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2992
_____

JERMAINE L. GODBOLT,

    Appellant,

    v.

ALACHUA COUNTY SHERIFF'S
OFFICE,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.

March 28, 2025

PER CURIAM.

    DISMISSED.

LEWIS, ROBERTS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jermaine L. Godbolt, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.